**WARNING: AT LEAST ONE DOCUMENT COULD NOT BE INCLUDED!**
**You were not billed for these documents.**
**Please see below.**

| Document Number | Document Description | Pages | Document Error |
|---|---|---|---|
| Document 1 attachment | Attachment | 4 | **DOCUMENT COULD NOT BE RETRIEVED! However, it may still be viewable individually.** |

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>vs.<br><br>DANNY BROOKSHIRE,<br>    Defendant. | )<br>)<br>) CASE NO. DNCW3:18CV110<br>) (Financial Litigation Unit)<br>)<br>)<br>) |

## COMPLAINT

The United States of America, by and through its undersigned counsel, for its cause of action against Defendant states the following:

1. This is a civil action brought by the Government on behalf of victims who are owed restitution pursuant to a Judgment in a Criminal Case.

2. On or about November 20, 1998, a Judgment in a Criminal Case, case number 4:97CR208-4 was filed against Danny Brookshire. As part of said judgment, Defendant was ordered to pay a $100.00 special assessment and $93,872.50 in restitution to his victims.

3. A copy of the Judgment in a Criminal Case establishing the basis for Defendant's liability for this debt is attached to this Complaint as Exhibit A and incorporated by reference.

4. Pursuant to 18 U.S.C. 18 U.S.C. § 3613(b), the criminal restitution judgment is enforceable for 20 years from the date of sentencing.[1]

5. Based on these facts, Defendant's criminal restitution judgment will expire on November 20, 2018.

6. Thus, the Government now seeks a civil judgment against Defendant so that it may

---

[1] The Government may enforce restitution in accordance with all provisions applicable to the enforcement of a criminal fine. *See* 18 U.S.C. § 3613 (f) and 18 U.S.C. § 3664(m)(1)(A).

continue to collect the criminal restitution for the benefit of the named victims.

7. Defendant is not in military service within the purview of the Soldiers' and Sailors' Civil Relief Act of 1940, as amended by the Service Members' Civil Relief Act of 2003.

8. As of February 16, 2018, the Clerk of Court balance is $71,749.46. No interest is sought on this amount.

9. Defendant has not made a voluntary payment since October 6, 2003, and current payments are through the Treasury Offset Program.

Wherefore, Plaintiff prays for judgment against Defendant in the amount of $71,749.46 as of February 16, 2018, the costs of this action and such other and further relief to which Plaintiff may be entitled in law or equity.

This 9th day of March, 2018.

R. ANDREW MURRAY
UNITED STATES ATTORNEY
WESTERN DISTRICT OF NORTH CAROLINA

**s/Tiffany M. Mallory**
Assistant United States Attorney
GASB# 744522
227 West Trade Street, Suite 1650
Charlotte, NC 28202
Ph: 704-344-6222
Fx: 704-227-0248
Tiffany.Mallory@usdoj.gov