IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CASE NO. DNCW5:18CV41 |
| | ) | (Financial Litigation Unit) |
| DANNY BROOKSHIRE, | ) | |
| Defendant. | ) | |

**ORDER**

A default having been entered against Defendant (Doc. No. 6) and counsel for Plaintiff having requested judgment by default against Defendant and having filed a proper declaration all in accordance with Rule 55(a) and (b)(1) of the Federal Rules of Civil Procedure; Judgment by default is rendered in favor of Plaintiff, the United States of America, and against Defendant in the total amount of $71,749.46 as of February 16, 2018. No interest is sought on this amount. Plaintiff will submit this debt to the Treasury for inclusion in the Treasury Offset Program. Under this program, any federal payment Defendant would normally receive may be offset and applied to this debt.

So Ordered.

Signed: October 2, 2018

Graham C. Mullen
United States District Judge